affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ELEANOR W. RAINKE, Respondent, v. GEORGE A. COLGAN, JR., Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Manning, Young and Lazansky, JJ., concur; Kelly, P. J., dissents upon the ground that on her own testimony the plaintiff was guilty of contributory negligence as matter of law.

SAM ROSENTHAL, an Infant, by ANNIE ROSENTHAL, His Guardian ad Litem, Appellant, v. McKEE REFRIGERATOR Co., INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

ROYAL BANK OF CANADA, Respondent, v. AUSTIN, NICHOLS & COMPANY, INC., Appellant.— Order granting plaintiff's motion to strike out first affirmative defense in amended answer, and denying defendant's motion to compel plaintiff to reply to two affirmative defenses, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

JOSEPH R. SINGER, Appellant, v. ISAAC ZARET and Others, Respondents. (Appeal No. 1.) — Order denying plaintiff's motion for a discovery and inspection reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The papers in question are alleged by the plaintiff to have been given to the defendants. The action being for conspiracy, proof of the preliminary negotiations and writings is competent and material. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

JOSEPH R. SINGER, Appellant, v. ISAAC ZARET and Others, Respondents. (Appeal No. 2.) — Order denying plaintiff's motion for an examination before trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs, as to all matters asked for. Those disallowed relate to the alleged conspiracy and fraud which plaintiff must prove to sustain his cause of action. While the examination is unnecessary to enable plaintiff to give the bill of particulars, that fact does not show that the examination is not sought in good faith. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

JOSEPH R. SINGER, Appellant, v. ISAAC ZARET and Others, Respondents. (Appeal No. 3.)— Order granting defendants' motion for bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

GRACE C. WALCUTT, RICHARD O. H. HILL and GEORGE S. FRANKLIN, Respondents, v. WALCUTT BROTHERS COMPANY, Appellant.— Order denying defendant's motion for change of place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

ARNE AND COMPANY, INC., Appellant, v. LOUISA AUDITORE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

JAMES C. BATHGATE and RICHARD C. BATHGATE, Copartners, etc., Respondents, v. EDWIN O. ANDERSON and Another, Appellants.— Interlocutory judgment of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

EVA G. BROWNE, Respondent, v. JOHN T. EVERETT, Appellant; CHARLES C. LENZ, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.